No. 02–679. DESERT PALACE, INC., DBA CAESARS PALACE HOTEL & CASINO v. COSTA. C. A. 9th Cir. Certiorari granted.

No. 01–950. HILLSIDE DAIRY INC. ET AL. v. LYONS, SECRETARY, CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL.; and

No. 01–1018. PONDEROSA DAIRY ET AL. v. LYONS, SECRETARY, CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 259 F. 3d 1148.

No. 02–337. BREUER v. JIM'S CONCRETE OF BREVARD, INC. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served on opposing counsel on or before 3 p.m., Friday, February 14, 2003. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 10, 2003. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 24, 2003. This Court's Rule 29.2 does not apply.

No. 02–428. DASTAR CORP. v. TWENTIETH CENTURY FOX FILM CORP. ET AL. C. A. 9th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 14, 2003. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 10, 2003. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 24, 2003. This Court's Rule 29.2 does not apply. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–524. JONES, WARDEN v. VINCENT. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.